# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE LEWIS T. BABCOCK

Criminal Action No. 04-cr-00346-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALBERT DAVID HAJDUK
2. LUXURY WHEELS O.E. PLATING, INC.

    Defendants.

_____

**Order**
_____

    All briefings in this case are stayed until further order of this Court.

**DONE and ORDERED,** this ___19th___ day of April, 2006 at Denver, Colorado.

                                     s/Lewis T. Babcock
                                     United States District Chief Judge