**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  04-cr-00346-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ALBERT DAVID HAJDUK,
2.     LUXURY WHEELS O.E. PLATING, INC.,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     The Motion to Waive Defendant's Appearance (Doc 125 - filed August 18, 2006) is **GRANTED**.  Defendant David Hajduk's appearance is waived for the August 25, 2006 rescheduling conference.

     The Motion to Waive Appearance of Defendant Representative (Doc 126 - filed August 18, 2006) is **GRANTED**.  Gregory Hearing's, Defendant Luxury Wheels' client representative, appearance is waived for the August 25, 2006 rescheduling conference.

Dated:  August 21, 2006