IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00346-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALBERT DAVID HAJDUK,

        Defendant.

---

**ORDER ON PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon the probation officers' Petition for Early Termination of Supervised Release (Doc 151 - filed May 27, 2008), Government's Position Re Petition for Early Termination of Supervised Release for Defendant Albert David Hajduk (Doc 152 - June 10, 2008), and defendant's Response in Support of Petition by U.S. Probation for Early Termination of Defendant Albert David Hajduk's Supervised Release (Doc 154 - filed June 16, 2008). The Court is fully advised of the premises and it is therefore

ORDERED that the probation officers' Petition for Early Termination of Supervised Release (Doc 151) is GRANTED.

DATED July 3, 2008.

                                  BY THE COURT:

                                  s/ Lewis T. Babcock
                                  LEWIS T. BABCOCK
                                  UNITED STATES DISTRICT JUDGE